CFS–4 II, LLC, a Delaware LLC and Assignee of First National Bank of Pennsylvania, Respondent

v.

PHOENIX ESTATES, a Pennsylvania General Partnership, Petitioner

No. 873 MAL 2016

Supreme Court of Pennsylvania.

April 5, 2017

### ORDER

PER CURIAM

AND NOW, this 5th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

CFS–4 II, LLC, a Delaware LLC and Assignee of First National Bank of Pennsylvania, Respondent

v.

Thomas GRECO, a/k/a Thomas J. Greco, Petitioner

No. 872 MAL 2016

Supreme Court of Pennsylvania.

April 5, 2017

### ORDER

PER CURIAM

AND NOW, this 5th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

Daniel F. MCGARITY, Christopher D. Swanson and Michael J. Donnelly, Petitioners

v.

John S. DIGIUSEPPE and Steven C. Lauriello, Respondents

No. 780 MAL 2016

Supreme Court of Pennsylvania.

April 5, 2017

### ORDER

PER CURIAM

AND NOW, this 5th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.